# AFFIDAVIT OF SERVICE

COUNTY: SOUTHERN          CASE # 08CV5376              COURT
                                              Clt. Ref.#            Clt.#   4265

ALLIED CHEMICALS CARRIERS, LLC

VS
NATIONAL BIOFUELS L.L.P., NATIONAL BIOFUELS L.P.,
FULCRUM POWER SERVICE LLC AND FULCRUM ENERGY LLC

The documents came to hand for service on 06/24/08  Time: 02:13:00

Documents received for service:

**PETITON TO CONFIRM ARBITRATION AWARD, FRCP 7.1 STATEMENT,
CIVIL COVER SHEET AND ORDER OF DISTRICT JUDGE LAURA TAYLOR
SWAIN, DATED JUNE 16, 2008**

The documents were delivered on **06/25/08**  Time: **09:20:00**

Executed at: 5120 Woodway Suite 10010
             Houston, TX 77056
to the following: **National Biofuels LP
                   Through Its Registered Agent, Gerardo Manalac**

☑ PERSONALLY delivering the document(s) to the person above.
__ SUBSTITUTE SERVICE per Order by delivering to _____ a person
   over sixteen (16) years of age, at the above listed address which is the usual
   place of abode/business of the above named person.
__ POSTING per Order by securely affixing to the main entry way at the above address.

### AFFIDAVIT

I, Christopher G Sampa                      , am over the age of eighteen, and am neither a
party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE
FACTS SET FORTH ABOVE. I have never been convicted of a felony or misdemeanor involving
moral turpitude in any state OR federal jurisdicition, and I have studied and am familiar
with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES
CODE and all other applicable rules and statutes relating to service of citation and/or
notices I am authorized by written order of the court to serve citations and other notices.

Service Fee: 35.00

Witness Fee Tendered: .00

Mileage: .00

Christopher G Sampa
Texas LIC#: SCH-1088
Professional Civil Process Houston
1500 Mcgowen #140
Houston TX 77004

STATE OF TEXAS}
### VERIFICATION

On this day Christopher G Sampa appeared before me, a notary public, and being duly
sworn by me stated that he/she has personal knowledge of the facts set forth in the
foregoing affidavit and declared that the facts contained therein are true and
correct. Given my hand and seal of office this ___ day of _____ 200_ .

NOTARY PUBLIC FOR THE STATE OF TEXAS

RENAE PELICAN
Notary Public, State of Texas
My Commission Expires
September 24, 2008

PCP Inv. #H80601262   reneap

AX02