LLORCA & HAHN LLP
Attorneys for Petitioner
ALLIED CHEMICAL CARRIERS, LLC
8 Watering Lane
Norwalk, CT 06850-4418
(203) 642-7321

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALLIED CHEMICAL CARRIERS LLC,                    :
                                                 :
                   Petitioner,                   :
                                                 :
              -against-                           :
                                                 :
NATIONAL BIOFUELS L.L.P.                          :
                                                 :
                   Respondent.                   :
-------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF TEXAS

COUNTY OF HARRIS

BEFORE ME, the undersigned Notary Public, personally came and appeared Sylvia L. Thomas, who, after being duly sworn, did depose and state as follows:

1.    I am over the age of eighteen, and am neither a party to nor interested in the outcome of the above suit.

2.    I am a paralegal employed by Chaffe McCall, L.L.P. 815 Walker Street, Suite 953, Houston, Texas 77002, telephone number 713-546-9800.

3.    On June 26, 2008, I was instructed by counsel for Petitioner, Mr. Manuel Llorca, to effect service by registered mail of a Petition to Confirm Arbitration Award, FRCP 7.1 Statement, Civil Cover Sheet dated June 11, 2008, and Order dated

June 16, 2008, of the Honorable Laura Taylor Swain upon National Biofuels LLP by service on the registered agent of National Biofuels LLP, Mr. Gerardo Malanac, and upon National Biofuels LP by service on the registered agent of National Biofuels LP, Mr. Gerardo Malanac, at his home address.

4.    After obtaining Mr. Malanac's home address from the Harris County Appraisal District records, see attached Exhibit A, I prepared the necessary envelope addressed to Mr. Malanac at 3708 Albans Rd., Houston, Texas 77005-2002, and on June 26, 2008, I personally took the envelope to a United States Post Office and had the envelope sent registered mail (see attached Exhibit B).

5.    I certify that on June 26, 2008, I served the Petition to Confirm Arbitration Award, FRCP 7.1 Statement, Civil Cover Sheet dated June 11, 2008, and Order dated June 16, 2008, of the Honorable Laura Taylor Swain upon National Biofuels LLP by service on the registered agent of National Biofuels LLP, Mr. Gerardo Malanac, and upon National Biofuels LP by service on the registered agent of National Biofuels LP, Mr. Gerardo Malanac, at his home address, 3708 Albans Rd., Houston, Texas 77005-2002, by registered mail.

Further, your affiant sayeth not.

*Sylvia L Thomas*

Sylvia L. Thomas
Paralegal at Chaffe McCall, L.L.P.

SUBSCRIBED AND SWORN to before me this 9th day of July, 2008.

Notary Public, in and for the
State of Texas

GLENDINE BANKSTON
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
AUG. 22, 2008

1137188-1

2