LLORCA & HAHN LLP
Attorneys for Petitioner
ALLIED CHEMICAL CARRIERS, LLC
8 Watering Lane
Norwalk, CT 06850-4418
(203) 642-7321

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALLIED CHEMICAL CARRIERS LLC,                    :
                                                 :
                        Petitioner,              :
                                                 :        08 Civ. 5376 (LTS)
        -against-                                :
                                                 :
NATIONAL BIOFUELS L.L.P.                         :
                                                 :
                        Respondent.              :
-----------------------------------------------------------X

## NOTICE OF MOTION AND APPLICATION
## TO CONFIRM ARBITRATION AWARDS
## AND ENTER JUDGEMENT THEREON

PLEASE TAKE NOTICE that pursuant to 9 U.S.C. §1 *et seq.* and pursuant to an Order of

this court signed by Judge Laura Taylor Swain and dated June 16, 2008, and upon Affidavit of

Manuel R. Llorca in Support of Petitioner's Motion and Application to Confirm Arbitration

Awards and Enter Judgement Thereon, and Petitioner's Memorandum in Support of Petitioner's

Motion and Application to Confirm Arbitration Awards and Enter Judgement Thereon, Petitioner

Allied Chemical Carriers LLC hereby moves and applies to this Honorable Court for an Order

confirming two arbitration awards issued in favor of Petitioner and against Respondent National

Biofuels LLP, d/b/a National Biofuels LP and d/b/a National Biofuels LLC, and for entry of

judgement in favor of Petitioner and against Respondent in the amount of $124,466.56.

PLEASE TAKE FURTHER NOTICE that pursuant to this Court's Order of June 16,

2008, Respondent's time to respond to this Motion and Application shall be in accordance with

Local Civil Rule 6.1(b) of this Court.


Dated: Norwalk, CT
       August 18, 2008


                                       LLORCA & HAHN LLP
                                       Attorneys for Petitioner
                                       ALLIED CHEMICAL CARRIERS LLC

By: _____
                                         Manuel R. Llorca (ML 4034)
                                       8 Watering Lane
                                       Norwalk, CT 06850
                                       203 642 7321


To:    National Biofuels LLP (d/b/a National Biofuels LP; d/b/a National Biofuels LLC)
       Att: G.P. Manalac, CEO
       c/o Fulcrum Power Services, LLC
       5120 Woodway, Suite 10010
       Houston, TX 77056
       713 297 4500

       National Biofuels LLP (d/b/a National Biofuels LP; d/b/a National Biofuels LLC)
       Att: G.P. Manalac, CEO and Registered Agent
       5120 Woodway, Suite 10010
       Houston, TX  77056
       713 297 4500

       National Biofuels LLP (d/b/a National Biofuels LP; d/b/a National Biofuels LLC)
       c/o G.P. Manalac, Registered Agent
       3708 Albans Road
       Houston, TX  77005-2002