LLORCA & HAHN LLP
Attorneys for Petitioner
ALLIED CHEMICAL CARRIERS, LLC
8 Watering Lane
Norwalk, CT 06850-4418
(203) 642-7321

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ALLIED CHEMICAL CARRIERS LLC,           :
                                        :
                Petitioner,             :
                                        :      08 Civ. 5376 (LTS)
        -against-                       :
                                        :
NATIONAL BIOFUELS L.L.P.                :
                                        :
                Respondent.             :
----------------------------------------------------------------X

## NOTICE OF MOTION AND APPLICATION TO CONFIRM ARBITRATION AWARDS AND ENTER JUDGEMENT THEREON

PLEASE TAKE NOTICE that pursuant to 9 U.S.C. §1 *et seq.* and pursuant to an Order of this court signed by Judge Laura Taylor Swain and dated June 16, 2008, and upon Affidavit of Manuel R. Llorca in Support of Petitioner's Motion and Application to Confirm Arbitration Awards and Enter Judgement Thereon, and Petitioner's Memorandum in Support of Petitioner's Motion and Application to Confirm Arbitration Awards and Enter Judgement Thereon, Petitioner Allied Chemical Carriers LLC hereby moves and applies to this Honorable Court for an Order confirming two arbitration awards issued in favor of Petitioner and against Respondent National Biofuels LLP, d/b/a National Biofuels LP and d/b/a National Biofuels LLC, and for entry of judgement in favor of Petitioner and against Respondent in the amount of $124,466.56.

PLEASE TAKE FURTHER NOTICE that pursuant to this Court's Order of June 16, 2008, Respondent's time to respond to this Motion and Application shall be in accordance with Local Civil Rule 6.1(b) of this Court.

Dated: Norwalk, CT
August 18, 2008

>LLORCA & HAHN LLP
>Attorneys for Petitioner
>ALLIED CHEMICAL CARRIERS LLC
>
>By: *[signature]*
>Manuel R. Llorca (ML 4034)
>8 Watering Lane
>Norwalk, CT 06850
>203 642 7321

To: National Biofuels LLP (d/b/a National Biofuels LP; d/b/a National Biofuels LLC)
Att: G.P. Manalac, CEO
c/o Fulcrum Power Services, LLC
5120 Woodway, Suite 10010
Houston, TX 77056
713 297 4500

National Biofuels LLP (d/b/a National Biofuels LP; d/b/a National Biofuels LLC)
Att: G.P. Manalac, CEO and Registered Agent
5120 Woodway, Suite 10010
Houston, TX 77056
713 297 4500

National Biofuels LLP (d/b/a National Biofuels LP; d/b/a National Biofuels LLC)
c/o G.P. Manalac, Registered Agent
3708 Albans Road
Houston, TX 77005-2002