# AFFIDAVIT OF SERVICE

CASE # 08CIV5376LTS           COURT – Southern District of New York

Clt. Ref.#           Clt.#   4265

ALLIED CHEMICALS CARRIERS, LLC

VS

NATIONAL BIOFUELS, L.L.P.

The documents came to hand for service on 08/20/08  Time: 09:34:06

Documents received for service: Notice of motion & application to confirm arbitration awards & enter judgment thereon; Memorandum in support of petitioner's motion & application to confirm arbitration awards & enter judgment thereon; Affidavit of Manuel R. Llorca in support of Petitoner's Motion & Application to confirm arbitration awards & enter judgment thereon. National Biofuels LP

The documents were delivered on 08/20/08  Time: 11:05:00

Executed at: 5120 Woodway, Ste. 10010
             Houston, TX 77056
to the following: **National Biofuels LLP (D/B/A National Biofuels LP D/B/A National Biofuels LLC), By Delivery To G.P. Manalac,** Registered Agent

✓ _____ PERSONALLY delivering the document(s) to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____ a person over sixteen (16) years of age, at the above listed address which is the usual place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, Christopher G Sampa                      ,am over the age of eighteen, and am neither a party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE FACTS SET FORTH ABOVE. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state OR federal jurisdicition, and I have studied and am familiar with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices I am authorized by written order of the court to serve citations and other notices.

Service Fee:  35.00

Witness Fee Tendered:  .00

Mileage:  .00

Christopher G Sampa
Texas LIC#: SCH-1088
Professional Civil Process Houston
1500 Mcgowen #140
Houston TX 77004

STATE OF TEXAS}
                         VERIFICATION

On this day Christopher G Sampa appeared before me, a notary public, and being duly sworn by me stated that he/she has personal knowledge of the facts set forth in the foregoing affidavit and declared that the facts contained therein are true and correct. Given my hand and seal of office this ___ day of August 2008.

NOTARY PUBLIC FOR THE STATE OF TEXAS

PCP Inv. #H80800984    reneap

AX02



LINDELL CHARLES
Notary Public, State of Texas
My Commission Expires
March 22, 2009