## AFFIDAVIT OF SERVICE

CASE # 08CIV5376LTS

Southern District
COURT - of New York

Clt. Ref.#          Clt.#   4265

ALLIED CHEMICAL CARRIERS LLC

VS
NATIONAL BIOFUELS L.L.P.

The documents came to hand for service on 08/19/08   Time: 09:10:00

Documents received for service: Notice of motion & application to confirm arbitration awards & enter judgment thereon; Memorandum in support of Petitioner's motion & application to confirm arbitration awards & enter judgment thereon; Affidavit of Manuel R. Llorca in support of petitioner's motion & application to confirm arbitration awards & enter judgment thereon. National Biofuels LP

The documents were delivered on 08/20/08  Time: 11:05:00

Executed at: 5120 Woodway, Ste. 10010
             Houston, TX 77056
to the following: **National Biofuels LLP**
  **(D/B/A) National Biofuels LP; D/B/A National Biofuels LLC)**
  **By Delivery To G.P. Manalac, c/o Fulcrum Power Svcs., LLC**

✓ PERSONALLY delivering the document(s) to the person above.
___ SUBSTITUTE SERVICE per Order by delivering to _____ a person over sixteen (16) years of age, at the above listed address which is the usual place of abode/business of the above named person.
___ POSTING per Order by securely affixing to the main entry way at the above address.

### AFFIDAVIT

I, Christopher G Sampa _____, am over the age of eighteen, and am neither a party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE FACTS SET FORTH ABOVE. I have never been convicted of a felony or misdemeanor involving moral turpitude in any state OR federal jurisdicition, and I have studied and am familiar with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES CODE and all other applicable rules and statutes relating to service of citation and/or notices I am authorized by written order of the court to serve citations and other notices.

Service Fee: 90.00

Witness Fee Tendered: .00

Mileage: .00

Christopher G Sampa
Texas LIC#: SCH-1088
Professional Civil Process Houston
1500 Mcgowen #140
Houston TX 77004

STATE OF TEXAS}
           VERIFICATION

On this day Christopher G Sampa appeared before me, a notary public, and being duly sworn by me stated that he/she has personal knowledge of the facts set forth in the foregoing affidavit and declared that the facts contained therein are true and correct. Given my hand and seal of office this ___ day of August 200_8_.

NOTARY PUBLIC FOR THE STATE OF TEXAS

LINDELL CHARLES
Notary Public, State of Texas
My Commission Expires
March 22, 2009

PCP Inv. #H80800982   reneap


AX02