LLORCA & HAHN LLP
Attorneys for Petitioner
ALLIED CHEMICAL CARRIERS, LLC
8 Watering Lane
Norwalk, CT 06850-4418
(203) 642-7321

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALLIED CHEMICAL CARRIERS LLC,          :
                                        :
       Petitioner,                      :
                                        :
       -against-                       :
                                        :
NATIONAL BIOFUELS L.L.P.                :
                                        :
       Respondent.                      :
------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF TEXAS

COUNTY OF HARRIS

    BEFORE ME, the undersigned Notary Public, personally came and appeared Sylvia L. Thomas, who, after being duly sworn, did depose and state as follows:

1. I am over the age of eighteen, and am neither a party to nor interested in the outcome of the above suit.

2. I am a paralegal employed by Chaffe McCall, L.L.P. 815 Walker Street, Suite 953, Houston, Texas 77002, telephone number 713-546-9800.

3. On August 20, 2008, I was instructed by counsel for Petitioner, Mr. Manuel Llorca, to effect service by registered mail of a Notice of Motion and Application to Confirm Arbitration Awards and Enter Judgment Thereon, Memorandum in Support of Petitioner's Motion and Application to Confirm Arbitration Awards

1159774-1

and Enter Judgment Thereon and Affidavit of Manuel R. Llorca in Support of Petitioner's Motion and Application to Confirm Arbitration Awards and Enter Judgment Thereon upon National Biofuels LLP (d/b/a National Biofuels LP; d/b/a National Biofuels LLC) by service on the registered agent, Mr. G.P. Malanac, at his home address.

4. On August 21, 2008, I prepared the necessary envelope addressed to Mr. Malanac at 3708 Albans Rd., Houston, Texas 77005-2002, and I personally took the envelope to a United States Post Office and had the envelope sent registered mail (see attached Exhibit A).

5. I certify that on August 21, 2008, I served the Notice of Motion and Application to Confirm Arbitration Awards and Enter Judgment Thereon, Memorandum in Support of Petitioner's Motion and Application to Confirm Arbitration Awards and Enter Judgment Thereon and Affidavit of Manuel R. Llorca in Support of Petitioner's Motion and Application to Confirm Arbitration Awards and Enter Judgment Thereon by service on the registered agent, Mr. G.P. Malanac, at his home address, by registered mail.

Further, affiant sayeth not.

*Sylvia L. Thomas*
Sylvia L. Thomas
Paralegal at Chaffe McCall, L.L.P.

SUBSCRIBED AND SWORN to before me this 22nd day of August, 2008.

*Glendine Bankston*
Notary Public, in and for the
State of Texas

GLENDINE BANKSTON
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
AUG. 22, 2012

1159774-1                                   2